

ORDERED in the Southern District of Florida on July 1, 2014.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re

Irma E Sabatela aka Irma Sabatela aka Irma Eufemia Sabatela
                                                     CHAPTER    13
                                                     CASE NO.   14-16976-LMI

      Debtor(s)
_____/

### AGREED ORDER GRANTING MOTION FOR RELIEF FROM STAY FILED BY WELLS FARGO BANK, N.A., NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC REMIC TRUST, SERIES 2010-3 REGARDING REAL PROPERTY

THIS CAUSE came on for consideration upon the Motion For Relief From Stay regarding REAL PROPERTY LOCATED: 19721 NW 52ND CT OPA LOCKA, FLORIDA 33055, LEGALLY DESCRIBED AS: LOT 77 IN BLOCK 9 OF THE LAKES OF ACADIA UNIT SEVEN, A SUBDIVISION ACCORDING TO THE PLAT THEREOF, RECORDED IN PLAT BOOK 122 AT PAGE 44 OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA ("Collateral") filed on June 19, 2014(ECF #33 ) by WELLS FARGO BANK, N.A., NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC REMIC TRUST, SERIES 2010-3 ("Creditor").  The Debtor(s) do not object to the granting of the Creditor's Motion and consent to the relief requested by the Creditor on an _in rem_ basis.  The Court, therefore, determines that is appropriate to enter an Order thereon without a hearing. Accordingly, it is

ORDERED as follows:

1. Creditor's Motion is granted.

2. The automatic stay imposed by 11 U.S.C. Section 362 is hereby terminated to permit Creditor to commence, or recommence as the case may be, prosecute, and complete through final judgment, sale and issuance of a Writ of Possession and Certificate of Title a mortgage foreclosure action in state court with respect to the ("Collateral") described as: REAL PROPERTY LOCATED: 19721 NW 52ND CT OPA LOCKA, FLORIDA 33055, LEGALLY DESCRIBED AS: LOT 77 IN BLOCK 9 OF THE LAKES OF ACADIA UNIT SEVEN, A SUBDIVISION ACCORDING TO THE PLAT THEREOF, RECORDED IN PLAT BOOK 122 AT PAGE 44 OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

3. The relief granted here permits the Creditor to seek and obtain <u>in rem</u> relief against the collateral/property only and does not permit the Creditor to seek or obtain <u>in personam</u> relief against the Debtor(s).

4. The fourteen (14) day period in Bankruptcy Rule 4001 (a)(3) shall not be waived or reduced as requested in the Creditor's Motion. The automatic stay shall remain in effect until the end of the fourteenth day <u>following</u> the date of the entry of this Order. The date of the entry of the Order shall not be counted as the first day of the fourteen (14) day period.

###

Prepared and Submitted By:
Nicole Mariani Noel
Florida Bar No. 69883
Kass Shuler, P.A.
P.O. Box 800
Tampa, FL  33601-0800
nmnoel@kasslaw.com
(813) 229-0900

The foregoing is directed to serve copies of this Order upon the interested parties and file a Certificate of Service with this Court.