## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☑    2nd _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)

☐    _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: __IRMA E SABATELA__ JOINT DEBTOR:_____ CASE NO.: __14-16976-LMI__
Last Four Digits of SS# ___1137___ Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of ___60___ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $179.17____ for months 1 to 60 ;

    B.    $_____ for months _____ to _____;

    C.    $_____ for months _____ to _____; in order to pay the following creditors:

Administrative: Attorney's Fee - $___3,650.00 + $775.00 = $4,425.00___ TOTAL PAID $ ___1,050.00__

          Balance Due    $__3,375.00__ payable $___93.75___/month (Months __1__ to __36__ )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____None_____      Arrearage on Petition Date    $_____

Address:_____    Arrears Payment    $_____/month (Months _____ to _____)

                          Regular Payment    $_____/month (Months _____ to _____)

Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Chase Bank 3415 Vision Drive Columbus, OH 43219 Account No. 002084429 | 910 West 80th Place Hialeah, FL 33014 $60,720.00 - Valuation obtained from Miami Dade County Property Appraiser Office. | 0.0 % | $0.00 | __1__ To __60__ | None |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. ___Internal Revenue Service___ Total Due $__2,722.72____

                         Payable    $___45.38___/month (Months 1 to 60 ) Regular Payment $_____

Unsecured Creditors: Pay $___22.12___/month (Months __1__ to __36__ ), $ 115.86 /month (Months 37 to 60). Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

Debtor surrenders and abandons her interest in the property located at: 19721 NW 52nd Court, Miami, FL 33055 secured by lender Wells Fargo (Account No.XXX-0102). Debtors son will continue to use and pay Southeast Toyota Finance (Account No. XXX -3571) for the 2008 Scion TC, outside of the plan. Debtor will continue to pay 1st Mortgage Chase Bank (Account No.XXX4804) for her homestead property located at 910 West 80th Place, Hialeah, FL 33014.

The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

____/s/ Irma Sabatela_____      _____

Debtor                              Joint Debtor

Date:____7/17/2014_____        Date:_____