UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:   Irma E Sabatela                                                  Case No. 14-16976-LMI
                                                                          Chapter 13

_____Debtor(s)/


### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the Order Granting Motion to Value and Determine Secured Status of Lien on Real Property with Chase Bank [DE 49] was sent to all interested parties on  September 15, 2014  as follows:

Electronically:

Nancy N. Niedich, Trustee


Via First Class Mail:

Debtor, Irma E Sabatela
910 W 80th Place
Hialeah, FL 33014-3512

JP Morgan Chase Bank                                JP Morgan Chase Bank
c/o James L. Dimon, CEO                             c/o James L. Dimon, CEO
9200 Oakdale Avenue                                 270 Park Avenue
Chatsworth, CA 91311                                New York, NY 10017

JP Morgan Chase Bank
CT Corporation System, R.A.
1200 South Pine Island Road
Plantation, FL 33324


                                        Respectfully Submitted:

                                        **ROBERT SANCHEZ, P.A.**
                                        Attorney for Debtor
                                        355 West 49th Street
                                        Hialeah, FL 33012
                                        Tel. 305-687-8008

                                        By:/s/ Robert Sanchez
                                         Robert Sanchez, Esq., FBN#0442161